# First District Court of Appeal
## State of Florida

———————————————

No. 1D17-2079

———————————————

MICHAEL COMBS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Steven Whittington, Judge.

January 4, 2018

PER CURIAM.

   AFFIRMED.

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Andy Thomas, Public Defender, and Maria Ines Suber, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.